IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| QUANTUM MATERIALS CORP., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:14-cv-00730-SS |
| | § | |
| | § | |
| ROBERT GLASS, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |

FINAL NON-APPEALABLE AGREED JUDGMENT

The parties having entered a general appearance and consented to the Court's jurisdiction and the subject matter of this action, consent to entry of this Agreed Final Judgment without admitting or denying the allegations of the Complaint or Counterclaims (except as to jurisdiction), waive findings of fact and conclusions of law, and waive any right to appeal from this Agreed Final Judgment,

it is HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Quantum Materials Corp. take nothing by its suit.

2. Robert A. Glass take nothing by his suit.

3. The Employment Agreement dated October 9, 2009, effective October 15, 2009, by and between Solterra Renewable Technologies, Inc. and Robert A. Glass is hereby rescinded, along with any grants of or rights to shares, options or warrants.

4. The Employment Agreement dated October 26, 2012, by and between Quantum Materials Corp. and Robert A. Glass is hereby rescinded.

5. The Clerk of this Court is directed to release Certificate #990, currently held in the Court's registry, directly to counsel for Quantum Materials Corp.

6. Costs of Court shall be borne by the party incurring same.

7. This judgment is final and non-appealable by agreement of the parties. All parties waived any right to request reconsideration of this judgment or to file any motions for new

trial.

8. This is a FINAL JUDGMENT, disposing of all matters before the Court.

9. ~~The court will maintain continuing jurisdiction to issue orders necessary to enforce the terms of this Judgment and the Parties' Settlement Agreement dated December 12, 2014, and either party may petition the Court for an order enforcing the terms thereof.~~ 

10. The Court denies all relief not granted in this judgment and dismisses with prejudice any and all relief requested by any of the parties to this lawsuit, or that could have been requested by any of the parties to this lawsuit, on behalf of any party against any party for any action under law, whether common law or equity, for any cause of action, except as specified in this Order.

SIGNED on *December 18, 2014*

_____
U.S. DISTRICT JUDGE SAM SPARKS

**APPROVED AS TO FORM & SUBSTANCE & ENTRY REQUESTED:**

*Ashley Blair Arnett*

CORNELL SMITH MIERL &
BRUTOCAO, LLP
1607 West Avenue
Austin, Texas 78701
Telephone: (512) 328-1540
Telecopy: (512) 328-1541
Elizabeth S. ("Betsy") Chestney
bchestney@cornellmsith.com
State Bar No. 24038103

MICHAEL LOUIS MINNS, P.L.C.
Michael Louis Minns
State Bar No. 14184300
Ashley Blair Arnett
State Bar No. 24064833
9119 S. Gessner, Suite 1
Houston, Texas 77074
Telephone: (713) 777-0772
Telecopy: (713) 777-0453

THE ADAMS LAW FIRM
Thomas A. Adams IV
State Bar No. 00884800
23501 Cinco Ranch Blvd., SuiteH205
Katy, Texas 77494
Telephone: (281) 391-9237
Telecopy: (281) 391-0451

**Attorneys for
Quantum Materials Corp.**

*[signature]*

TERRY & KELLY, PLLC
Trenton Lane Kelly
James M. Terry, Jr.

1002 Rio Grande Street
Austin, TX 78701
Telecopy: (512) 588-1726
**Attorney for Robert L. Glass**